| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>HEYBURN II, JOHN G. | 2. Court or Organization<br><br>U.S.D.C.KENTUCKY WESTERN | 3. Date of Report<br><br>05/17/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>District Court Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐　Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>262 U.S. Courthouse<br>Louisville, KY 40202 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G. | 05/17/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/15/10 | Norton Healthcare, Inc. - Director's Fee |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **HEYBURN II, JOHN G.** | 05/17/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Capital One Visa | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G. | 05/17/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. I.S. Trust See note #1 | D | Dividend | | | | | | | |
| 2. F.F.S. Trust See note #1 | C | Dividend | | | | | | | |
| 3. HILLIARD LYONS TRUSTEE(IRA) | D | Dividend | N | T | | | | | |
| 4. Fidelity Mon. Mark | | | K | T | Buy | 5/12/11 | K | | |
| 5. Hilliard-Lyon Gov't Fd. | | | | | Sold | 5/12/11 | J | A | |
| 6. Berkshire Hathaway-B | | | L | T | | | | | |
| 7. Chevron | | | | | Sold | 5/12/11 | K | D | |
| 8. Exxon Mobil | | | | | Sold | 5/12/11 | L | D | |
| 9. Growth Fd. Of America | | | | | Sold | 5/12/11 | K | D | |
| 10. Ishares Tr. Emerging | | | K | T | Buy | 5/12/11 | K | | |
| 11. Ishares Russell 1000 Index | | | K | T | Buy | 5/12/11 | K | | |
| 12. SPDR Dow REIT | | | K | T | Buy | 5/12/11 | K | | |
| 13. HILLIARD LYONS TRUSTEE (IRA) | D | Dividend | N | T | | | | | |
| 14. Fidelity Mon. Mkt. | | | J | T | Buy | 5/12/11 | J | | |
| 15. New World Fd. | | | | | Sold | 5/12/11 | L | | |
| 16. Capital Income Bldr. Fd. | | | | | Sold | 5/12/11 | L | | |
| 17. Ishares Emerg. Mkt | | | L | T | Buy | 5/12/11 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G. | 05/17/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IShares Russell 1000 | | | L | T | Buy | 5/12/11 | L | | |
| 19. Bond Fd of America | | | | | Sold | 5/12/11 | L | | |
| 20. SPDR Dow REIT | | | L | T | Buy | 5/12/11 | L | | |
| 21. Artisan Mid-Cap | | | J | T | Buy | 5/12/11 | J | | |
| 22. Banon Asset Fd. | | | J | T | Buy | 5/12/11 | J | | |
| 23. Eagle Small Cap Fd. | | | J | T | Buy | 5/12/11 | J | | |
| 24. Harbor Int. Fd. | | | K | T | Buy | 5/12/11 | K | | |
| 25. Harding Equity | | | K | T | Buy | 5/12/11 | K | | |
| 26. T. Rowe Price Growth | | | L | T | Buy | 5/12/11 | L | | |
| 27. T. Rowe Price Equity | | | L | T | Buy | 5/12/11 | L | | |
| 28. Royce Fd. | | | J | T | Buy | 5/12/11 | J | | |
| 29. OTHER INVESTMENTS | | | | | | | | | |
| 30. Amazon | A | Dividend | J | T | | | | | |
| 31. American Europacific Fd. | A | Dividend | K | T | Buy | 5/12/11 | K | | Note 4 |
| 32. American European Gr. Fd. | A | Dividend | J | T | Buy | 5/12/11 | J | | Note 4 |
| 33. American Fds. New World Fd. | A | Dividend | K | T | Buy | 5/12/11 | K | | Note 4 |
| 34. American Growth Fd. | A | Dividend | K | T | Buy | 5/12/11 | K | | Note 4 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G. | 05/17/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Small Cap Fd. | A | Dividend | M | T | Buy | 5/12/11 | M | | Note 4 |
| 36. American Tower Corp. | A | Dividend | | | | 7/15/11 | | | All exempt/Note 2 |
| 37. Apple Inc. | A | Dividend | | | | 7/15/11 | | | Note 2 |
| 38. Berkshire Hathaway | A | Dividend | M | T | | | | | |
| 39. Blackrock Liquidity Fd. | A | Dividend | K | T | Buy | 11/1/11 | K | | |
| 40. Bristol Myers Squibb | C | Dividend | | | Sold | 5/12/11 | L | C | Note 3 |
| 41. Brown Forman Inc. | A | Dividend | L | T | | | | | |
| 42. Capital Inc. Builder | A | Dividend | K | T | Buy | 5/12/11 | K | | Note 4 |
| 43. Chevron Corp. | B | Dividend | M | T | | | | | |
| 44. Clorox Co. | A | Dividend | L | T | | | | | |
| 45. Colgate Palmolive | A | Dividend | L | T | | | | | |
| 46. Costco | A | Dividend | | | | | | | All exempt/Note 2 |
| 47. Disney Co. | A | Dividend | K | T | | | | | |
| 48. Emerson Electric Co. | A | Dividend | | | Sold | 9/12/11 | J | B | |
| 49. Exxon Mobil | B | Dividend | M | T | | | | | |
| 50. General Electric Co. | B | Dividend | | | Sold | 5/12/11 | L | B | Note 3 |
| 51. GlaxcoSmithKline PLC * (W) | A | Dividend | | | Sold | 5/12/11 | K | | Note 3 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G. | 05/17/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Goldman Sachs | | | | | | | | | All exempt/Note 2 |
| 53. Growth Fd. Of America | A | Dividend | | | Sold | 5/12/11 | L | B | |
| 54. Hilliard Lyons Growth | B | Dividend | | | Sold | 5/12/11 | K | B | |
| 55. Home Depot Inc. | A | Dividend | K | T | | | | | |
| 56. Ishares Tr. Emerging Mkt. | | | | | Buy | 5/12/11 | K | | Note 4 |
| 57. Ishares Russell Mid-Cap | | | | | Buy | 5/12/11 | K | | Note 4 |
| 58. Ishares Russell 1000 Ind. | | | | | Buy | 5/12/11 | K | | Note 4 |
| 59. Ishares Russell 2000 Ind. | | | | | Buy | 5/12/11 | K | | Note 4 |
| 60. Johnson and Johnson | A | Dividend | | | Sold | 5/12/11 | M | D | Note 3 |
| 61. Merck and Co. | A | Dividend | | | Sold | 5/12/11 | K | C | Note 3 |
| 62. Microsoft | A | Dividend | M | T | | | | | |
| 63. Pepsico | A | Dividend | | | | | | | All exempt/Note 2 |
| 64. Proctor & Gambill | B | Dividend | L | T | | | | | |
| 65. Schlumberger Ltd (W) | A | Dividend | L | T | | | | | |
| 66. US Wireless Online, Inc. | A | Dividend | J | T | | | | | |
| 67. Walgreen Company | A | Dividend | K | T | | | | | |
| 68. TRUST - (HRH Tr.) | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G. | 05/17/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Baird Bond Fund | | | | | Sold | 12/1/11 | K | B | |
| 70. Blackrock Liquidity Fd. | | | J | T | | | | | |
| 71. Fidelity Advisor Fd. | | | K | T | Buy | 12/2/11 | K | | |
| 72. Gen.Elect. | | | | | Sold | 5/12/11 | | | Note 3 |
| 73. Ishares Tr. (various) | | | K | T | | | | | |
| 74. JP Morgan Co. | | | | | Sold | 12/1/11 | K | B | |
| 75. Templeton Global Bd. Fd. | | | K | T | Buy | 12/2/11 | K | | |
| 76. TRUST (MPS Non-exempt Tr.) - Armanda Money Mkt.Fd. | D | Dividend | M | T | | | | | |
| 77. Ky. Tax Exempt Money Fd | | | | | Sold | 12/1/11 | J | B | |
| 78. PNC Money Market Fd. | | | J | T | Buy | 12/2/11 | J | | |
| 79. Coca Cola Co | | | | | Sold | 12/1/11 | K | B | |
| 80. Fidelity Advisor Fd. | | | J | T | Buy | 12/2/11 | J | | |
| 81. General Electric | | | | | Sold | 5/12/11 | | | Note 3 |
| 82. GlaxoSmithKline PLC | | | | | Sold | 5/12/11 | J | B | Note 3 |
| 83. Honeywell Intl. | | | | | Sold | 12/1/11 | K | B | |
| 84. Ishares Fd. (various) | | | J | T | Buy | 12/2/11 | J | | |
| 85. Johnson & Johnson | | | | | Sold | | | | Note 3 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G. | 05/17/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. McGraw-Hill Co. | | | | | Sold | 12/1/11 | K | B | |
| 87. T. Rowe Price Fd. | | | K | T | Buy | 12/2/11 | K | | |
| 88. Schlumberger Ltd. | | | | | Sold | 12/1/11 | J | B | |
| 89. Vanguard Index Fd. | | | K | T | Buy | 12/2/11 | K | | |
| 90. ING ReliaStar Ins.Co. Universal Life Policy | | | N | V | | | | | |
| 91. MONY Whole Life | | | K | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G. | 05/17/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 1 - The I.S. Trust and the F.F.S. Trust are trusts under which I am not a direct income or principal beneficiary. I am not a trustee and have no control over the investments. I receive income by assignment from ⬛⬛⬛. I do not read or review any records of investments and have little knowledge of them. Consequently, I do not believe that the individual investments within the trust create a conflict or are necessary to be reported.

NOTE 2 - On or about July 15, 2011, ⬛⬛⬛ moved ⬛⬛⬛, ceased to be a ⬛⬛⬛ Moreover, he has reached the age of 22. Therefore, he no longer is a dependent for whom I must report assets. I own no other of these assets.

NOTE 3 - On or about May 12, 2011, I received a Certificate of Divestiture with regard to these holdings. Subsequently all shares of this investment were sold and the funds reinvested in qualifying mutual funds.

NOTE 4 - Qualifying mutual funds for reinvestment of funds from divestiture.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JOHN G. HEYBURN II**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544